UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ACUITY, A Mutual Insurance Company,

    Plaintiff,

v.

    No. 3:16-cv-00865-DRH-SCW

JAMES SWAN and
HARDIN READY MIX, INC.,

    Defendants.

## ORDER OF DISMISSAL

This matter comes before the Court on the parties' Stipulation of Dismissal (Doc. 41). The court finds the Stipulation of Dismissal of the entire complaint against Defendant, Hardin Ready Mix, Inc., should be and is hereby **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiff against Defendant, Hardin Ready Mix, Inc., are hereby dismissed without prejudice. Each party to bear their respective costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Signed this 6th day of July, 2017.

Digitally signed by
Judge David R. Herndon
Date: 2017.07.06
13:11:17 -05'00'

**UNITED STATES DISTRICT JUDGE**